Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 14−20160−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia J. Cabezas
   842 Middlesex Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−3381

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/22/19 at 10:00 AM

to consider and act upon the following:

*65* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 842 Middlesex S, Linden, NJ 07036. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as servicer for Federal National Mortgage Association, 31 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 04/29/2019. (Attachments: # 1 Exhibit A (filed order) # 2 Proposed Order # 3 Certificate of Service) (Cozzini, Maria)

*66* − Objection to Certification of Default (related document:65 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 842 Middlesex S, Linden, NJ 07036. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as servicer for Federal National Mortgage Association, 31 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 04/29/2019. (Attachments: # 1 Exhibit A (filed order) # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Michael Schwartzberg on behalf of Marcia J. Cabezas. (Schwartzberg, Michael)

Dated: 4/22/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court