Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 14−20160−SLM
      Chapter: 13
      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia J. Cabezas
   842 Middlesex Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−3381

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/22/19 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 842 Middlesex S, Linden, NJ 07036. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as servicer for Federal National Mortgage Association, 31 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 04/29/2019. (Attachments: # 1 Exhibit A (filed order) # 2 Proposed Order # 3 Certificate of Service) (Cozzini, Maria)

**66** − Objection to Certification of Default (related document:65 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 842 Middlesex S, Linden, NJ 07036. Fee Amount &#036 176. filed by Creditor Seterus, Inc. as servicer for Federal National Mortgage Association, 31 Order on Motion For Relief From Stay) filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 04/29/2019. (Attachments: # 1 Exhibit A (filed order) # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Michael Schwartzberg on behalf of Marcia J. Cabezas. (Schwartzberg, Michael)

Dated: 4/22/19

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-20160-SLM
Marcia J. Cabezas                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 22, 2019
                        Form ID: ntchrgbk         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db             +Marcia J. Cabezas,   842 Middlesex Street,   Linden, NJ 07036-2149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as servicer for Federal National
       Mortgage Association cmecf@sternlav.com
      Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Maria Cozzini    on behalf of Creditor    Seterus, Inc. as servicer for Federal National Mortgage
       Association mcozzini@sternlav.com
      Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       mcozzini@sternlav.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Michael Schwartzberg    on behalf of Debtor Marcia J. Cabezas michael@jerseylaws.com
      Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                                                                                                                                                                                                                                                                                                                                                                  TOTAL: 7