UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 23, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

  Marcia J. Cabezas

| | |
|---|---|
| Case No.: | 14-20160SLM |
| Hearing Date: | May 22, 2019 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:      Followed    x    Modified

**ORDER DENYING ETGFKV QT)U'
EGTVHHECVKQP 'QHF GHCWNV'**

DOCKET NO. 65

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A Certifcation of Default been filed on _____April 15_____, 20 _19_ by

_Nationstar Mortgage LLC d/d/a Mr. Cooper servicer for Federal Mortgage Assoc._ for entry

of an Order as set forth above, the Court having considered all of the papers submitted, along

with any arguments of counsel, including objections filed thereto and for the reasons set forth

on the record on May 22, 2019 and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.

The movant shall serve this order on the debtor, any trustee and all parties who entered

an appearance on this matter.

*Rev. 7/1/04; jml*