UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 23, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Marcia J. Cabezas

| | |
|---|---|
| Case No.: | 14-20160SLM |
| Hearing Date: | May 22, 2019 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:         Followed     x    Modified

## ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT
DOCKET NO. 65

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A Certifcation of Default been filed on <u>     April 15         </u>, 20 <u>19</u>  by <u>Nationstar Mortgage LLC d/d/a Mr. Cooper servicer for Federal Mortgage Assoc.</u>  for entry of an Order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, including objections filed thereto and for the reasons set forth on the record on May 22, 2019 and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-20160-SLM
Marcia J. Cabezas                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: May 23, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Marcia J. Cabezas,    842 Middlesex Street,    Linden, NJ 07036-2149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as servicer for Federal National
               Mortgage Association cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Seterus, Inc. as servicer for Federal National Mortgage
               Association mcozzini@sternlav.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Schwartzberg    on behalf of Debtor Marcia J. Cabezas michael@jerseylaws.com
              Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 7