UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

**Order Filed on June 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

MARCIA J. CABEZAS

Case No.: 14-20160

Adv. No.:

Hearing Date: 06/12/2019

Judge: SLM

ORDER RELIEVING MICHAEL SCHWARTZBERG AS ATTORNEY FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 18, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Marcia J. Cabezas
Case No. 14-20160 SLM
Caption of Order: Order Relieving Michael Schwartzberg as Attorney for Debtor
_____

Upon the motion of Michael Schwartzberg, attorney for the debtor, and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

ORDERED that Michael Schwartzberg is hereby relieved as attorney for the debtor.