UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael Schwartzberg, Esq. (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

Order Filed on June 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

MARCIA J. CABEZAS

Case No.: 14-20160

Adv. No.:

Hearing Date: 06/12/2019

Judge: SLM

ORDER RELIEVING MICHAEL SCHWARTZBERG AS ATTORNEY FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Marcia J. Cabezas
Case No. 14-20160 SLM
Caption of Order: Order Relieving Michael Schwartzberg as Attorney for Debtor

___

Upon the motion of Michael Schwartzberg, attorney for the debtor, and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

ORDERED that Michael Schwartzberg is hereby relieved as attorney for the debtor.

Case 14-20160-SLM    Doc 74    Filed 06/20/19    Entered 06/21/19 01:21:34    Desc Imaged
Certificate of Notice    Page 2 of 3

(Page 2)
Debtor: Marcia J. Cabezas
Case No. 14-20160 SLM
Caption of Order: Order Relieving Michael Schwartzberg as Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-20160-SLM
Marcia J. Cabezas                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db             +Marcia J. Cabezas,    842 Middlesex Street,    Linden, NJ 07036-2149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as servicer for Federal National Mortgage Association cmecf@sternlav.com
      Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Maria Cozzini    on behalf of Creditor    Seterus, Inc. as servicer for Federal National Mortgage Association mcozzini@sternlav.com
      Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael Schwartzberg    on behalf of Debtor Marcia J. Cabezas michael@jerseylaws.com
      Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                                                                                                   TOTAL: 7