| **Information to identify the case:** | |
|---|---|
| Debtor 1: Marcia J. Cabezas (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–3381<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  14–20160–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marcia J. Cabezas

5/26/20

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 14-20160-SLM
Marcia J. Cabezas                                                Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 1         Date Rcvd: May 26, 2020
                              Form ID: 3180W            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Marcia J. Cabezas,    842 Middlesex Street,    Linden, NJ 07036-2149
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +Seterus, Inc. as servicer for Federal National Mor,    Stern, Lavinthal & Frankenberg,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
514796663      +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
514796665      +Department of Education,    Mohela,    PO Box 105347,    Atlanta, GA 30348-5347
514846966       Department of Education/MOHELA,    623 Spirit Dr,    Chesterfield, MO  63005
514796666      +New Jersey Housing and Mtg Financ Agency,    637 South Clinton Avenue,    PO Box 18550,
                 Trenton, NJ 08650-2085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:17     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514796664       EDI: JPMORGANCHASE May 27 2020 03:53:00      Chase,    PO Box 15153,   Wilmington, DE 19886
515004404       E-mail/Text: bkdepartment@rtresolutions.com May 27 2020 00:31:25
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                 Dallas, TX 75247
514796668      +E-mail/Text: bkdepartment@rtresolutions.com May 27 2020 00:31:25      Real Time Solutions, Inc.,
                 1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514796667      ##+Ocwen,   PO Box 6440,   Carol Stream, IL 60197-6440
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc. as servicer for Federal National
           Mortgage Association cmecf@sternlav.com
          Julio  Sanchez    on behalf of Debtor Marcia J. Cabezas julio@jsanchezlaw.net
          Kevin Gordon McDonald    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Maria  Cozzini    on behalf of Creditor   Seterus, Inc. as servicer for Federal National Mortgage
           Association mcozzini@sternlav.com
          Maria  Cozzini    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           mcozzini@sternlav.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          Steven K. Eisenberg    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 8
```